UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                    CASE NO. 05 B 64202
    TYRONE BERNARD
                                          CHAPTER 13

                                          JUDGE: SUSAN PIERSON SONDERBY


         Debtor
    SSN XXX-XX-6637

------------------------------------------------------------------------
                 TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------
    The case was filed on 12/28/2005 and was confirmed 04/13/2006.

    The plan was confirmed to pay secured creditors 100% and unsecured
creditors  10.00%.

    The case was converted to chapter 7 after confirmation 12/24/2008.
------------------------------------------------------------------------

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| CAPITAL ONE | UNSECURED | 364.40 | .00 | .00 |
| CAPITAL ONE | UNSECURED | 490.93 | .00 | .00 |
| NISSAN MOTOR ACCEPTANCE | SECURED | 10600.00 | 1714.04 | 6980.11 |
| B-REAL LLC | UNSECURED | 2755.86 | .00 | .00 |
| CREDIT COLLECTION SERVIC | UNSECURED | NOT FILED | .00 | .00 |
| ECAST SETTLEMENT CORP | UNSECURED | NOT FILED | .00 | .00 |
| INFIBANK NA | UNSECURED | 2186.23 | .00 | .00 |
| JEFFERSON CAPITAL SYSTEM | UNSECURED | 883.86 | .00 | .00 |
| RESURGENT CAPITAL SERVIC | UNSECURED | 655.78 | .00 | .00 |
| SUNRISE CREDIT SERVICE | UNSECURED | NOT FILED | .00 | .00 |
| NISSAN MOTOR ACCEPTANCE | NOTICE ONLY | NOT FILED | .00 | .00 |
| ROBERT J SEMRAD & ASSOC | REIMBURSEMENT | .20 | .00 | .20 |
| MELANIE YOUNG | NOTICE ONLY | NOT FILED | .00 | .00 |
| NISSAN MOTOR ACCEPTANCE | UNSECURED | 5823.92 | .00 | 21.91 |
| ROBERT J SEMRAD & ASSOC | DEBTOR ATTY | 2,675.00 | | 2,500.00 |
| TOM VAUGHN | TRUSTEE | | | 758.24 |
| DEBTOR REFUND | REFUND | | | .00 |

         Summary of Receipts and Disbursements:
------------------------------------------------------------------------
                          RECEIPTS        DISBURSEMENTS
------------------------------------------------------------------------
TRUSTEE                 11,974.50

PRIORITY                                       .20
SECURED                                   6,980.11
    INTEREST                              1,714.04
UNSECURED                                    21.91
ADMINISTRATIVE                            2,500.00
TRUSTEE COMPENSATION                        758.24
DEBTOR REFUND                                  .00
                      ---------------   ---------------

            PAGE  1 - CONTINUED ON NEXT PAGE
            CASE NO. 05 B 64202 TYRONE BERNARD

TOTALS                              11,974.50              11,974.50


    Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


Dated: 03/18/09                    /s/ Tom Vaughn
                                   _____
                                   TOM VAUGHN
                                   CHAPTER 13 TRUSTEE